# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ELIJAH COLEMAN,** )<br>  ) <br> Plaintiff, )<br>  )<br>vs. )<br>  )<br>**ALABAMA DEPARTMENT** )<br>**OF CORRECTIONS, et al.,** )<br>  )<br> Defendants. ) | Case No. 2:08-cv-00472-RDP-HGD |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 24, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). Plaintiff filed objections to the report and recommendation on August 11, 2008.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

**DONE** and **ORDERED** this \_\_\_\_28th\_\_\_\_ day of August, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE